# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MELISSA B.,

    Plaintiff,

v.   C.A. No. 1:23-CV-00518-MSM-PAS

MARTIN O'MALLEY,
Commissioner, Social
Security Administration,

    Defendant

## ORDER

Mary S. McElroy, United States District Judge.

On August 20, 2024, Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R"), ECF No. 13, recommending that the Court grant the defendant's Motion to Affirm the Commissioner's Decision (ECF No. 12) and deny the plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 10). After having carefully reviewed the relevant papers, and having heard no objections, the Court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, defendant's Motion to Affirm the Commissioner's Decision (ECF No. 12) is GRANTED. Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 10) is DENIED.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge
September 5, 2024